UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF            )
                            )
NAI LAWEE                   )     BANKRUPTCY CASE NUMBER 08-12059
SAIK CHAN                   )            CHAPTER 7
                            )
         DEBTORS.           )

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

    CLAIM # 11   GE Money Bank dba                          $ 1.65
                        JC Penney Credit Services
                  c/o Recovery Management Systems Corp.
                  25 SE 2nd Avenue, Suite 1120
                  Miami, Florida   33131

                                          **TOTAL:**   **$ 1.65**

Respectfully submitted,

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of April, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

                                            /s/ Yvette Gaff Kleven
                                            Yvette Gaff Kleven